■ TAL-KAP LLC, Appellant, v BOARD OF MANAGERS OF THE GRAPHICS SEVEN CONDOMINIUM et al., Respondents. [739 NYS2d 270] —Order, Supreme Court, New York County (Charles Ramos, J.), entered July 11, 2001, to the extent appealed from as limited by the briefs, unanimously affirmed for the reasons stated by Ramos, J., with costs and disbursements. No opinion. Concur—Saxe, J.P., Buckley, Sullivan, Rosenberger and Ellerin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERMAINE STEWART, Appellant. [739 NYS2d 270]. —Judgment, Supreme Court, Bronx County (Harold Silverman, J.), rendered September 11, 2000, convicting defendant, after a jury trial, of robbery in the first degree, and sentencing him to a term of eight years with five years post-release supervision, unanimously affirmed.

The verdict was not against the weight of the evidence (see, People v Bleakley, 69 NY2d 490). There is no basis upon which to disturb the jury's determinations concerning identification. The victim's identification of defendant was particularly reliable because she recognized him as a person she had seen in front of her place of work on numerous prior occasions.

We perceive no basis for a reduction of sentence. Concur— Saxe, J.P., Buckley, Sullivan, Rosenberger and Ellerin, JJ.